No. A–428. COOK ET AL. *v.* CALHOUN ET AL. C. A. 5th Cir. Application for stay presented to MR. JUSTICE POWELL, and by him referred to the Court, denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this application.

No. D–1. IN RE DISBARMENT OF KAHN. It is ordered that Frances Kahn, of New York, New York, be suspended from the practice of law in this Court and that a rule issue returnable within 40 days requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–2. IN RE DISBARMENT OF ABRAMS. It is ordered that Hyman Abrams, of New York, New York, be suspended from the practice of law in this Court and that a rule issue returnable within 40 days requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–3. IN RE DISBARMENT OF KONIGSBERG. It is ordered that Sidney Konigsberg, of New York, New York, be suspended from the practice of law in this Court and that a rule issue returnable within 40 days requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–4. IN RE DISBARMENT OF BROUNER. It is ordered that Samuel B. Brouner, of New York, New York, be suspended from the practice of law in this Court and that a rule issue returnable within 40 days requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 27, Orig. OHIO *v.* KENTUCKY. Exceptions to Report of Special Master set for oral argument in due course. [For earlier orders herein, see, *e. g.,* 406 U. S. 915.]